UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| PAUL ANTHONY DAVIS,<br><br>    Petitioner,<br><br>vs.<br><br>LINDA SANDERS, WARDEN,<br><br>    Respondent. | ) Case No. CV 09-1259-DSF(RC)<br>)<br>)<br>)<br>)<br>) JUDGMENT<br>)<br>)<br>)<br>) |

   Pursuant to the Opinion and Order,


   IT IS ADJUDGED that the motion and action under 28 U.S.C. § 2255 are summarily dismissed for lack of jurisdiction.

DATE: March 6, 2009

_____
DALE S. FISCHER
UNITED STATES DISTRICT JUDGE

R&R-MDO\09-1259.jud
3/4/09